## Industrial National Bank of Chicago, Appellant, v. Harold Schor et al. N. H. Altenberg, Appellee.

### Gen. No. 43,499.

Heard in the second division, first district, this court at the October term, 1945; opinion filed December 18, 1945; released for publication January 2, 1946. Reginald C. Darley and Oscar G. Wahlgren, for appellant; Oscar G. Wahlgren, of counsel; C. A. Caplow, for appellee. Opinion by Justice Sullivan. Not to be published in full.